## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA

v.                                    ACTION NO. 2:06mj377

KEON LARAY RAWLS,
            Defendant.

### O R D E R

_____In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been

held.  The Court concludes that the following facts require the detention of the defendant pending

trial.

The Court FINDS that the credible testimony and information submitted at the hearing

establishes by clear and convincing evidence that the defendant possessed firearms on two separate

occasions after having been convicted of a felony.  He was on probation from the 2004 felony drug

conviction when arrested for the two new offenses.  He was on bond for the April 2005 weapons

offense when arrested for the December 2005 weapons offense.  The defendant has proved that he

does not respect either probation or bond conditions.

The defendant is a lifelong resident of the community.  Except for the time that he has been

incarcerated, he has lived with his parents.  He has a steady job with the International

Longshoreman's Association.  He used marijuana from age 17 to 22.

The defendant shows significant signs of stability.  However his repeated arrests over a short

period of time and while on probation convince the court that no conditions of release will provide for the safety of the community.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

The Clerk shall mail or deliver a copy of this Order to the United States Attorney at Norfolk, to the United States Marshal at Norfolk, to the United States Pretrial Services Office at Norfolk, and to counsel of record for the defendant.

_____/s/_____
Tommy E. Miller
UNITED STATES MAGISTRATE JUDGE

Norfolk, Virginia

November 20, 2006